IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 22-023(TFH) |
| v. | : | |
| CHRISTOPHER LOGSDON<br>TINA LOGSDON, | : | |
| Defendants. | : | |

## MOTION FOR BOOKING ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, requests that the Court issue a Booking Order for the defendants for the following reasons:

1. The defendants appeared before Magistrate Judge Meriweather on February 1, 2022, for their initial appearances, and were released on conditions pending trial.

2. However, the defendants appeared in response to a Judicial Summons, and were not placed under arrest in this matter. Therefore, they have not been formally booked by the U.S. Marshal Service. We request that the defendant appear for booking on FEBRUARY 8, 2022, at 9:30 a.m., at the U.S. Marshals offices located at 301 W. Main Street, Benton, IL.

3. The government has consulted with counsel for the defendants and they consent to this motion.

By: /s/ Elizabeth Rogers

ELIZABETH ROGERS
Assistant United States Attorney
Detailed to the District of Columbia
TN Bar No. 33004

        167 North Main Street, Suite 800  
        Memphis, TN 38103  
        Elizabeth.rogers@usdoj.gov  
        (901) 218-5438