## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO: 22-023(TFH)** |
| | : | |
| v. | : | |
| | : | |
| **CHRISTOPHER LOGSDON** | : | |
| **TINA LOGSDON,** | : | |
| | : | |
| **Defendants.** | : | |

## **ORDER**

1. Upon a representation by the United States that the defendants have never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the <u>2</u> day of February, 2022 ORDERED:

3. That since the defendants have been released on bond, on FEBRUARY 8, 2022, at 9:30 a.m., they shall go to the U.S. Marshals offices located at 301 W. Main Street, Benton, IL, to meet with a Deputy United States Marshal for "routine processing."

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE