# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 22-023(TFH) |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER LOGSDON | : | |
| TINA LOGSDON, | : | |
| | : | |
| Defendants. | : | |

## ORDER

1. Upon a representation by the United States that the defendants have never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the 3rd day of February, 2022 ORDERED:

3. That since the defendants have been released on bond, on FEBRUARY 8, 2022, at 9:30 a.m., they shall go to the U.S. Marshals offices located at 301 W. Main Street, Benton, IL, to meet with a Deputy United States Marshal for "routine processing."

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE