# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-cr-00023-TFH |
| : | |
| CHRISTOPHER LOGSDON, et al. : | |
| : | |
| Defendants. : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the undersigned Trial Attorney, Thomas Campbell, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States. Assistant United States Attorney Elizabeth Rogers no longer represents the United States in this matter.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By:   /s/ *Thomas Campbell*
          Thomas D. Campbell
          Trial Attorney
          Massachusetts Bar No. 703271
          Criminal Division, Fraud Section
          U.S. Department of Justice
          1400 New York Ave. NW
          Washington, DC 20005
          Tel: (202) 262-7778
          Email: thomas.campbell@usdoj.gov

Dated: May 11, 2022