UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-00023-TFH |
| | : | |
| **CHRISTOPHER LOGSDON, et al.** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently schedule status hearing on May 13, 2022, be continued for good cause to _____, 2022, at _____ a.m./p.m.; and it is further

**ORDERED** that the time between May 13, 2022, and _____, 2022, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting of such a continuance outweighs the best interests of the public and the Defendants in a speedy trial, as a continuance will provide the parties additional time to review discovery and continue negotiating a potential pretrial resolution.

_____
HONORABLE THOMAS F. HOGAN
United States District Judge

Dated: _____, 2022