IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 22-CR-0000023 (TFH) |
| | ) | |
| | ) | |
| CHRISTOPHER LOGSDON | ) | |

**NOTICE OF FILING**

The Defendant, CHRISOPHER LOGSDON, by his counsel, Kira Anne West, hereby files this notice of filing of exhibits, two letters to the Court for sentencing.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify on the 25th day of October, 2022 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

_____/S/_____
Kira Anne West