Dear Judge Hogan,

    I realize this is my one and only opportunity to communicate directly to you so first I liked to tell you about myself. I'm a father of two awesome children they are 21 and 16 I'm also involved with raising my 4 nephews aged from 9 to 2. I work at a factory hear in southern Illinois I'm one of four people trusted to keep the factory running 24/7 365 of those 4 I'm the trainer, scheduler, and first to be called when it hits the fan, we have 3500 employees that depend on us to keep them working. I do my best to be a good father and husband and an honorable man. I was raised by my mother and grandparents. My grandfather was my only male role model. He served our country in World War II for 8 years, so I was raised with pride and respect for our country! My mom and grandparents are gone now so I do my best to pass on their love and values to my children. I'm not an evil person I just want a better life for my kids then I had.

    Prior to January 6th we believed that the Election was stolen from the best president our country has ever had he wasn't a very good Politician, and he didn't speak eloquently but we felted he was one of us the people finally someone who represents us the people! We loved him! We went to D.C. to support him in he's time of need knowing what he sacrificed to be our president. We were upset over the stolen election and the lack of investigation in our election process.

    January 6th, we arrived in D.C. expecting to fight our way through BLM and Antifa supporters to show our support to our president only to find at least a million people in the middle winter standing outside freezing that felt the same way we did we really thought the election was stolen and no one was going to do anything about it. we stayed for the whole rally and every speaker made the crowd more and more angry chanting "fight for trump" the rally concluded, and we left to go to the capital and all along the way there were people on bullhorns egging us on when we reached the capital there was no defenses left standing, I was amazed that the most secure building in the world was breached without one helicopter or national guard response. Without any resistance at all we walked right on in through an open door we followed the crowd in looking back at it know it was a terrible mistake! We had no right to enter that sacred building we should have stayed outside I can't change the facts I enter the building I spent most of time in the building looking for way out all the doors we tried to get out from were magnetically locked we had to ask an officer how to get out.

    We have been completely honest about our actions and full prepared to take responsibly for our actions. I apologize for my fellow trump supporters who were violent on that day. I'm sorry for the people who were injured from said violence on that day and I'm sorry for our actions on that day. I know after reading this letter you will decide our future and I can only ask for one thing please don't send us to jail will do what every you ask of us community service probation even fines ill find a way to pay for even home confinement what ever you think is fair. We have done our best to comply with every request made from the FBI, The Court, Probation Officers, and Lawyers.

    My Wife makes me want to be a better man the random acks of kindness shown by this Woman would humble most people. Tina is a pillar in our community she attends School board Meetings, Town counsel meetings is a member of the republican caucus and this November she going to be an Election judge. She has dedicated her life to support her family, neighbors, coworkers, Police Officers and even strangers in need. She took on four kids for her younger brother for a year and half while his significant

other was in jail all the while both of us still working full time jobs 24 hours a day three of them are still in diapers. Needless to say we didn't get much sleep and we fought over the added expense of 4 extra mouths to feed and diaper etc. but we did it to support our family.  During this time her mom got sick and she was unable to care for her and maintain the kids and work her mom ended up in the hospital with covid pneumonia then put into an induced coma she wasn't even able to see her mom at the hospital covid regulations.  She blames herself for her mom! I've done my best to help her recover from this judge but I fell I failed her she grieves to this day. She has lost so much please don't take her freedom too.  My wife is an amazing woman judge please take this into consideration while deciding our future .

With Respect

Christopher A. Logsdon