October 24, 2022

To Whom It May Concern:

I write in support of Chris Logsdon.

Chris is one of four powerhouse boiler operators who cover five shifts at Continental Tire North America in Mt. Vernon, Illinois. He is the main trainer for boiler operators.

Chris is responsible for providing services at Continental Tire, which is a 100 acre manufacturing plant that employs 3500 people. Because Continental Tire cannot operate without functioning boilers, his absence would have a direct negative effect on the lives of all the employees.

Chris Logsdon is a valuable employee and a fine man. I urge you to consider his vital role at Continental Tire of North America, as well as his upstanding character and integrity.

Sincerely,

Don Grimes
Powerhouse Supervisor
Continental Tire of North America