IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 22-CR-0000023 (TFH) |
| ) | |
| ) | |
| CHRISTOPHER LOGSDON ) | |

**UNOPPOSED MOTION TO REMOVE DRUG TESTING FROM PROBATION CONDITIONS OF THE DEFENDANT**

The Defendant, CHRISOPHER LOGSDON, by his counsel, Kira Anne West, respectfully requests that the probation condition of drug testing be removed and in support states the following:

Mr. Logsdon was sentenced by this Court today. As a condition of probation, the Court ordered periodic drug testing-that is, a drug test followed by two more. Because Mr. Logsdon has no history of drug or alcohol abuse, he respectfully requests that this condition be removed. This honorable court removed this condition in *United States v. Weisbecker*, 21-682 (TFH).

Respectfully submitted,

KIRA ANNE WEST

By:      /s/
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 28th day of October, 2022 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/
Kira Anne West