## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 22-cr-000023(TFH)** |
| : | |
| **CHRISTOPHER LOGSDON** : | |
|        **Defendant.** : | |

### ORDER

Pending before the Court is the unopposed motion of defendant to remove the condition of drug testing from his conditions of probation. Because the motion is unopposed and meritorious it is hereby

**ORDERED** that the motion is GRANTED/DENIED.

Signed this _____ day of _____, 2022.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE